UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
In re:
MICHELLE DEON LEE,
Debtor.
Case No. 24-16918 KHT
Chapter 7
MICHELLE D. LEE,
Plaintiff-Appellant,
v.
KALAMATA CAPITAL GROUP, ROBERT BUSCH, and ARIEL BOUSKILA,
Defendants-Appellees.
Adversary No. 25-01238 KHT



NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant, MICHELLE D. LEE, pro se, hereby appeals to the United States District Court for the District of Colorado from the Judgment and Order dismissing the Adversary Proceeding entered on December 5, 2025 (Adv. Dkt. Nos. 12, 13), and from all rulings, orders, and opinions that gave rise to or are merged in that Judgment and Order.

Appellant hereby preserves all post-judgment remedies and appellate rights by filing a contemporaneous motion under Fed. R. Civ. P. 59(e) (Bankr. R. 9023) to alter or amend the Judgment and, in the alternative, expressly reserves and preserves Appellant's right to seek relief under Fed. R. Civ. P. 60(b) (Bankr. R. 9024).

Issues Presented on Appeal (non-exhaustive)

1. Whether the Bankruptcy Court erred under Fed. R. Civ. P. 12(d) (made applicable by Fed. R. Bankr. P. 7012) by relying on extrinsic, unauthenticated materials without giving Plaintiff reasonable notice that it would treat those materials as grounds for summary judgment and without affording Plaintiff a reasonable opportunity to present evidence and argument.
2. Whether the Bankruptcy Court deprived Plaintiff of procedural due process by entering dismissal with prejudice without a hearing or formal notice that extrinsic materials would be considered, thereby denying Plaintiff the opportunity to authenticate the documents or present contrary proof.
3. Whether the Court improperly relied on an electronic document that contains only the phrase "Residential care services" and no signature, dates, payment schedule, invoices, or bank transfer evidence, which is insufficient to establish the existence, amount, or enforceability of any alleged debt.
4. Whether, because the record lacks authenticated transactional evidence (invoices, receipts, bank records, metadata), the dismissal with prejudice was a

manifest error of law and fact and should be vacated or the case remanded for limited discovery and further proceedings.

Relief Sought on Appeal Appellant seeks reversal of the Judgment and Order dismissing the Adversary Proceeding and remand for further proceedings consistent with Rule 12(d) (or, alternatively, leave to amend and limited discovery to authenticate disputed documents and present payment records). Appellant also seeks any other relief the District Court deems just and proper.

Parties and Counsel (if known)

Plaintiff-Appellant (pro se):
Michelle D. Lee
16480 Fairway
Commerce, CO 80022
Phone: 346-554-9725
Email: [your email]

Defendants-Appellees and counsel (if known):
Kalamata Kapital Group (pro se)
P.O. Box 3931
Greenwood Village, CO 80155

Robert Busch (Defendant)
Counsel of Record: Robert Gregory Busch
P.O. Box 3931
Greenwood Village, CO 80111
Phone: 720-515-4618
Email: rob@rgbusch.com

Ariel Bouskila (Defendant)
Berkovitch & Bouskila
1545 Route 202, Suite 101
Pomona, NY 10970
Phone: 212-729-1477

Dated: 12-19-25, 20.

Respectfully submitted,

/s/ _Michelle Lee_

Michelle D. Lee, Plaintiff-Appellant (pro se)
16480 Fairway
Commerce, CO 80022
Phone: 346-554-9725
Email: [your email]