**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>   Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>   Plaintiff,<br><br>v.<br><br>KALAMATA CAPITAL GROUP, ROBERT BUSCH, and ARIEL BOUSKILA,<br><br>   Defendants. | Adversary No. 25-01238 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: _____
   Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
   Kimberley H. Tyson
   United States Bankruptcy Judge