**DISMISSED**

# U.S. Bankruptcy Court
## District of Colorado (Denver)
### Adversary Proceeding #: 25-01238-KHT

*Assigned to:* Kimberley H. Tyson  
*Lead BK Case:* 24-16918  
*Lead BK Title:* Michelle Deon Lee  
*Lead BK Chapter:* 7  
*Demand:*  

*Date Filed:* 08/20/25  
*Date Dismissed:* 12/05/25  

*Nature[s] of Suit:* 21 Validity, priority or extent of lien or other interest in property

*Plaintiff*  
-----------------------  
**Michelle D. Lee**　　　　　　　　　　　　　　　represented by **Michelle D. Lee** leedreamgoddes@gmail.com  
16480 Fairway  
Commerce, CO 80022　　　　　　　　　　　　　　　　　　　PRO SE  
346-554-9725  
SSN / ITIN: xxx-xx-0459  


V.

*Defendant*  
-----------------------  
**Kalamata Kapital Group**　　　　　　　　　　　represented by **Kalamata Kapital Group**  
P.O. Box 3931　　　　　　　　　　　　　　　　　　　　　　PRO SE  
Greenwood Village, CO 80155  



*Defendant*  
-----------------------  
**Robert Busch #28565**　　　　　　　　　　　　represented by **Robert Gregory Busch**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 3931  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Greenwood Village, CO 80111  
　　　　　　　　　　　　　　　　　　　　　　　　　　　720-515-4618  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax : 303-872-9019  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rob@rgbusch.com  



*Defendant*  
-----------------------  
**Ariel Bouskila**　　　　　　　　　　　　　　　represented by **Ariel Bouskila**  
Berkovitch & Bouskila　　　　　　　　　　　　　　　　　　PRO SE  
1545 Route 202, Suite 101  
Pomona, NY 10970  
212-729-1477

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 12/19/2025 | 17 (26 pgs) | Motion to Alter or Amend Judgment Filed by Michelle D. Lee (related document(s):13 Judgment for AP Case). (dd) (Entered: 12/19/2025) |
| 12/19/2025 | 16 (2 pgs) | Notice of Appeal and Statement of Election filed by Michelle D. Lee (related document(s)12 Order Dismissing Adversary Proceeding, 13 Judgment for AP Case). (jac) (Entered: 12/19/2025) |
| 12/07/2025 | 15 (3 pgs) | Courts Notice or Order and BNC Certificate of Mailing (related document(s)13 Judgment for AP Case). No. of Notices: 2. Notice Date 12/07/2025. (Admin.) (Entered: 12/07/2025) |
| 12/07/2025 | 14 (6 pgs) | Courts Notice or Order and BNC Certificate of Mailing (related document(s)12 Order Dismissing Adversary Proceeding). No. of Notices: 2. Notice Date 12/07/2025. (Admin.) (Entered: 12/07/2025) |
| 12/05/2025 | | Disposition of Adversary Proceeding Number 25-1238-KHT. Final Order or Judgment Has Entered. Tickle Due Date 12/22/2025. (rp) (Entered: 12/05/2025) |
| 12/05/2025 | 13 (1 pg) | Judgment (related document(s)12 Order Dismissing Adversary Proceeding). (rp) (Entered: 12/05/2025) |
| 12/05/2025 | 12 (4 pgs) | Order Dismissing Adversary Proceeding (related document(s)1 Complaint). (rp) (Entered: 12/05/2025) |
| 11/12/2025 | 11 (21 pgs) | Motion For Motion to Challenge Jurisdiction, Lack of Standing, and Admissibility of Evidence 42 U.S.C. Section 1981 Violation Filed by Michelle D. Lee . (rp) (Entered: 11/12/2025) |
| 09/30/2025 | 10 (4 pgs) | Summons Service Executed On: Ariel Bouskila and Kalamata Capital Group, LLC, Filed by Michelle D. Lee . (pt) (Entered: 09/30/2025) |
| 09/30/2025 | 9 (3 pgs; 2 docs) | Reply Filed by Robert Gregory Busch on behalf of Robert Busch #28565 (related document(s):6 Motion to Dismiss Adversary Proceeding). (Attachments: # 1 Certificate of Service) (Busch, Robert) (Entered: 09/30/2025) |
| 09/25/2025 | 8 (6 pgs; 2 docs) | Oppose to Motion to Dismiss Based on Failure to Authenticate Documents Filed by Michelle D. Lee (related document(s)6 Motion to Dismiss Adversary Proceeding). (Attachments: # 1 Proposed/Unsigned Order) (rp) (Entered: 09/25/2025) |
| 09/19/2025 | 7 (1 pg) | Certificate of Service Filed by Robert Gregory Busch on behalf of Robert Busch #28565 (related document(s)6 Motion to Dismiss Adversary Proceeding). (Busch, Robert) (Entered: 09/19/2025) |
| 09/19/2025 | 6 (5 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding Filed by Robert Gregory Busch on behalf of Robert Busch #28565 (related document(s):1 Complaint). (Attachments: # 1 Proposed/Unsigned Order) (Busch, Robert) (Entered: 09/19/2025) |

| | | |
|---|---|---|
| 09/15/2025 | [5](#) (2 pgs) | Summons Issued on Ariel Bouskila Answer Due 10/15/2025; Kalamata Kapital Group Answer Due 10/15/2025. (bw) (Entered: 09/15/2025) |
| 09/15/2025 | [4](#) (5 pgs) | Amended Complaint Nature of Suit 21 (Validity, Priority or Extent of Lien or Other Interest in Property) by Michelle D. Lee against Ariel Bouskila , Robert Busch #28565 , Kalamata Kapital Group . Michelle D. Lee (related document(s)[1](#) Complaint). (bw) (Entered: 09/15/2025) |
| 09/03/2025 | [3](#) (3 pgs) | Summons Service Executed On: Kalamata Kapital Group on August 25, 2025 Filed by Michelle D. Lee . (rp) (Entered: 09/03/2025) |
| 08/21/2025 | | Court Email Notifications Have Been Activated for Michelle Lee. Text Entry Only. (mmm) (Entered: 08/21/2025) |
| 08/20/2025 | [2](#) (1 pg) | Summons Issued on Robert Busch #28565 Answer Due 9/19/2025; Kalamata Kapital Group Answer Due 9/19/2025. (td) (Entered: 08/21/2025) |
| 08/20/2025 | [1](#) (6 pgs) | Adversary case 25-01238. Complaint by Michelle D. Lee against Kalamata Kapital Group . The Plaintiff in this adversary proceeding is either the debtor in an underlying chapter 7 or 13 case, or the United States other than the U.S. Trustee acting as a trustee in the underlying bankruptcy case. Pursuant to paragraph (6) of the Bankruptcy Court Miscellaneous Fee Schedule, there is no fee to file an adversary proceeding when the plaintiff is the United States, other than a U.S. Trustee acting as a trustee in a case, or the debtor in a chapter 7 or 13 case. Accordingly, this adversary proceeding shall be commenced without payment of the filing fee . Adversary Status Deadline 11/18/2025 (21 (Validity, priority or extent of lien or other interest in property)) (td) (Entered: 08/20/2025) |