U.S. District Court

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

## NOTICE OF APPEARANCE OF BENEFICIARY REPRESENTATIVE FOR MINOR

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD: 2b MAR 13 AM 8:39

Case number: 25-CV-04141-NYW

Please take notice that the undersigned, Michelle D. Lee , hereby enters an appearance in the above-captioned matter as the representative of MICHELLE DEON LEE a minor/infant, who is an interested beneficiary in this action.

I am the Beneficiary of this estate pursuant to C.F.R 363.6 I am no longer a ward of the state I am entering the court as the beneficiary.

Article III clause 2 paragraph 1

16480 Fairway Dr. Commerce City Co. 80022

Mailing Address:

Telephone: 303-483-9822

Email: mlee.yourrightsmatter@gmail.com

Dated: _3-13-26_

Respectfully submitted, _Michelle D. Lee_

/s/ [Signature]

## CERTIFICATE OF SERVICE

I certify that on _3/13/26_ I served a true and correct copy of the foregoing Notice of Appearance on all counsel of record and parties in accordance with the applicable rules of civil procedure, by electronic service / email / first-class mail addressed as follows:

_____ P.O. Box 8931 Greenwood
_____ Co 80155

Ariel Boeskovitch Boeskela
1545 Rt. 202 - #101
Pomona NY 10970