IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 25-cv-4141-NYW**
(Bankr. Adv. No. 25-01238; Ch 7: 24-16918-KHT)

In Re:

Michelle D. Lee,

     Debtor.

---

Michelle D. Lee,

     Appellant,

v.

Kalamata Kapital Group, Ariel Bouskila, and Robert Busch,

     Appellees.

---

**APPELLEES' COMBINED RESPONSE TO MICHELLE LEE'S MOTION TO ABATE APPEAL AND REMAND TO THE DISTRICT COURT**

COMES NOW Appellee Robert Busch, pro se, and Appellees Kalamata Capital Group, LLC and Ariel Bouskila, by and through counsel, Robert Busch of RG Busch, PLLC, and hereby submit their Combined Response to Appellant Michelle Lee's Motion to Abate Appeal and Remand to the District Court, and in support thereof, state as follows:

1. Appellee Kalamata Capital Group, LLC, is a judgment creditor of Appellant Lee along with several of her business entities. Kalamata first obtained a judgment against Lee in the Supreme Court of the State of New York, County of Ontario, on April 2, 2024, Index No: 133524-2022. That judgment was obtained by Kalamata's New York counsel, Appellee Ariel Bouskila.

2.   Thereafter, Kalamata retained Appellee Robert Busch, a Colorado licensed attorney, to domesticate the New York judgment into the state of Colorado. The New York judgment was domesticated into the Adams County District, State of Colorado, in case number 24CV30660 on April 26, 2024.

3.   There are no pending activities or unresolved issues in either the New York or Colorado state cases.

4.   This action is an appeal of the dismissal of Appellant's bankruptcy adversary proceeding No. 25-01238 (KHT).

5.    The underlying bankruptcy case (24-16918-KHT) was discharged on February 24, 2026.

6.   Upon Debtor/Appellant's request, the case was also dismissed on February 24, 2026.

7.   As a result of the discharge and dismissal of the underlying bankruptcy case, this appeal is moot and there is no need to abate the appeal or remand this matter to the bankruptcy court or any other court.

8.   Appellees object to any further delay of these proceedings and request that this Appeal be dismissed as Moot.

s/ *Robert Busch*

Robert Busch
*P.O. Box 3931*
Greenwood Village, CO 80111
Phone: (720) 515-4618
rob@rgbusch.com

## Certificate of Service

The undersigned hereby certifies that on March 19, 2026, a copy of the foregoing **APPELLEES' COMBINED RESPONSE TO MICHELLE LEE'S MOTION TO ABATE APPEAL AND REMAND TO THE DISTRICT COURT** was served:

**VIA US FIRST CLASS MAIL POSTAGE PREPAID TO:**

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022


**ELECTRONICALLY VIA CM/ECF TO:**

Michelle D. Lee


*s/ Robert Busch*