U.S. District Court

25 - CV - 04141

4141

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
26 APR 14 PM 2:20

# GENERAL APPENDIX

## Suggested Appendix Contents

The appendix should include the key documents the appellate court needs to review the issue. A general appendix usually includes:

### 1. Final Judgment or Order

The judgment being appealed
Docket :24-16918 KHT

### 2. Minor-Related Documents

New : attached

### 3. Trustee-Related Documents

Motions or filings about trustee authority or abandonment

### 4. Successor-Related Documents

Attached

### 5. New Declaration

The declaration

### 6. Subrogation Issues need to be resolved

14 page Afleae

Date: 04/13/2026

To: Beneficiaries of MICHELLE DEON LEE

Re: Notice of of Trusteeship

I, Michelle D. Lee  hereby accepts appointment as Trustee of the MICHELLE DEON LEE effective 02/24/2026. My contact information is:

Address: 16480 Fairway dr. Commerce city Co. 80022

Phone: 303-4839822

Email: mlee.yourrightsmatter@gmail.com

This notice is provided pursuant to Colorado law and is being given within the 60-day period following my acceptance. The 60-day period ends on 04/25/2026.

I am a qualified beneficiary and would like a copy of the trust instrument and the portions to which I am entitled trustee.

Sincerely,

Michelle D. Lee


Name of Trustee

Michelle D. Lee

Date: 02/24/2026

State of _Colorado_
County of _Adams_
The foregoing instrument was acknowledged
before me this _April 13th 2026_ (date)
by _Michelle Dean Lee_
                    Individual Name(s)

Notary Public _Karina Garcia_

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

# DECLARATION OF TRUST

Irrevocable Trust with Limited Monthly Amendment Power
This Declaration of trust in God's law is made and entered into on 04/13/26 by MICHELLE DEON LEE, also known as Michelle D. Lee Expressed Settlor /Grantor ,Expressed Beneficiary, Trustee .

## 1. Creation of Trust

Settlor hereby declares and establishes the MICHELLE DEON LEE and transfers to the Trustee the property described in Schedule A, together with any additional property later added to the Trust, to be held, administered, and distributed according to this Declaration and Colorado law.

## 2. Irrevocability and Limited Power to Amend

This Trust is irrevocable, except that the Expressed Grantor/ Settlor retains a limited power to amend this Trust only during the first five (5) business days of each calendar month by a written instrument signed by the Settlor and delivered to the Trustee. Any such amendment shall be effective only upon delivery to the Trustee and only to the extent permitted by applicable law and the terms of this Trust.

## 3. Trustee

Successor Trustee: Trustee abandonment  resignation, incapacity, removal, or inability of the Initial Trustee to serve, Michelle D. Lee shall serve as Successor Trustee, The Trustee shall have all powers granted under Colorado law and under this Declaration.

## 4. Trust Purpose

The purpose of this Trust is to hold, manage, protect, and distribute trust property for the benefit of the beneficiaries named in this Declaration, and to make charitable gifts as provided herein.

## 5. Beneficiaries

### A. Primary Beneficiary

The primary beneficiary of this Trust is:
> Michelle D. Lee, unless otherwise modified by a valid amendment made under Section 2 of this Declaration.

### B. Contingent Beneficiaries

If no contingent beneficiary survives or qualifies to receive a distribution, the Trust property shall be distributed as provided in the charitable gift provisions below.

## 6. Distribution of Income

During the lifetime of the primary beneficiary, the Trustee shall distribute the net income of the Trust to the primary beneficiary at monthly and annually profits,

## 7. Distribution of Principal

The Trustee may distribute principal to or for the benefit of the primary beneficiary in such amounts and at such times as the Trustee determines advisable for the beneficiary's health, education, maintenance, support, or general welfare, taking into account the beneficiary's other resources, needs, and circumstances.

## 8. Death of Last Primary Beneficiary

Upon the death of the last surviving primary beneficiary, after payment of any lawful expenses, debts, taxes, and administrative costs, the Trustee shall distribute the remaining trust estate as follows:

### A. Contingent Beneficiaries

First, to the contingent beneficiaries, if any, in accordance with the Per Stirpes direction set forth in this Trust.

### B. Minor Beneficiaries

If any beneficiary is a minor, the Trustee shall hold that beneficiary's share in a separate subtrust until the beneficiary attains the age of majority . During that time, the Trustee may distribute income and principal for the beneficiary's health, education, maintenance, and support, or accumulate income as the Trustee deems appropriate. Upon attaining the specified age, the remaining balance of the subtrust shall be distributed outright to the beneficiary.

### C. Special Needs Beneficiary

If any beneficiary is disabled or may be receiving public benefits, the Trustee may hold that beneficiary's share in a supplemental needs trust and shall administer it so as not to interfere with eligibility for means-tested public benefits, to the extent permitted by law. Distributions shall be purely discretionary and may be limited to supplemental goods and services not otherwise provided by public benefits.

### D. Charitable Gift to Foundation to Be Created by Michelle D. Lee

Any remaining portion of the Trust estate not otherwise distributed under the foregoing provisions shall be distributed to The Michelle D. Lee Foundation (the "Foundation"), a charitable organization to be organized by Michelle D. Lee, in the sum of the Trust , to be used exclusively for the Foundation's charitable purposes as set forth in its organizing documents. It is the Grantor's intention that the Foundation qualify as an organization described in Section 501(c)(3) of the Internal Revenue Code. The Trustee may require evidence satisfactory to the Trustee that the Foundation has been validly formed and holds such exempt status before making any distribution.

## 10. Trustee Powers

The Trustee shall have all powers permitted under Colorado law and all powers reasonably necessary to carry out the purposes of this Trust, including the power to:

a. Hold, manage, invest, and reinvest Trust property;

b. Open, maintain, and close financial accounts;

c. Buy, sell, lease, exchange, and improve Trust property;

d. Execute deeds, assignments, contracts, and other documents;

e. Collect income and principal;

f. Pay debts, taxes, expenses, and administrative costs;

g. Make discretionary distributions;

h. Hire professionals, including attorneys, accountants, and investment advisers; and

i. Take any action necessary to administer the Trust in good faith and in accordance with this Declaration.

## 11. Accounting and Records

The Trustee shall keep accurate records of all Trust property, receipts, disbursements, income, expenses, and distributions, and shall provide accountings as required by law or upon reasonable request by a beneficiary entitled to receive them.

## 12. Spendthrift Protection

To the fullest extent permitted by law, no beneficiary shall have the power to assign, transfer, encumber, or anticipate any interest in the Trust, and no interest of any beneficiary shall be subject to claims of creditors before actual distribution by the Trustee Grantor/Settlor who created the trust and retained control or benefits, spendthrift protection do not apply.self-settled trust rules. .

## 13. Governing Law

This Trust shall be governed by and construed under the laws of the constitution of the united states.

## 14. Severability

If any provision of this Declaration is held invalid or unenforceable, the remaining provisions shall continue in full force and effect.

## 15. Entire Agreement

This Declaration contains the entire agreement concerning the Trust and supersedes prior oral or written statements inconsistent with its terms, except as validly amended under Section 2.

## Signature Block

IN WITNESS WHEREOF, the Settlor has executed this Declaration of Trust on the date first written above.

Settlor / Grantor: _Expressed_

MICHELLE DEON LEE
also known as Michelle D. Lee
Date: ____4-13-26____

## Trustee Acceptance

I, [Name of Trustee], accept appointment as Trustee of this Trust and agree to administer the Trust in accordance with its terms and the laws of the State of Colorado.

[Name of Trustee]
Date: ____4-13-26____

## Successor Trustee Acceptance

I, Michelle D. Lee, accept appointment as Successor Trustee of this Trust and agree to administer the Trust in accordance with its terms and the laws of the State of Colorado.

Michelle D. Lee
Date: ____4-13-26____

## Notary Acknowledgment

State of Colorado )
County of __Adams__ )
The foregoing instrument was acknowledged before me this _13th_ day of _April_, 20_26_, by MICHELLE DEON LEE, also known as Michelle D. Lee, as Settlor / Grantor.
My commission expires _December 13th 2026_

Notary Public _____

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

# Schedule A

Trust Property

16480 Fairway dr. Commerce City 80022

15430 Fairway Drive Commercity Co. 80022

25572 5th pl Aurora co 80018

5031 n. Quemoy ct.

Residential Care Services

Dream Real Estate Group

Michelle 's Eyelash Spa

TLL lonetreee



State of Colorado County of Adams
I, MICHELLE DEON LEE, being first duly sworn, declare under penalty of perjury as follows:

1. I am an individual of lawful age and competent to make this affidavit. My full legal name is MICHELLE DEON LEE and I reside at 16480 Fairway dr.Commerce City Co 80022.

2. I make this affidavit in a special appearance only for the limited purpose of asserting my status and rights related to the Named Trust in this matter and to give formal notice to the court and all parties of the positions and requests stated herein.

3. I hereby appear in special appearance and assert that I am the beneficial equitable title holder with respect to the Named Trust referenced in the related proceedings MICHELLE DEON LEE (the "Trust").

4. I further give Notice to this Court and to all parties that I file this instrument as my Bill of Complaint in Equity, and that I appear solely in the capacity of a person who is at the age of majority.

5. I demand that the Court recognize and record my status as beneficial equitable title holder for purposes of the Trust accounting, settlement of trust affairs, and any equitable relief appropriate under applicable law.

6. I direct the Trustee and the Court to fulfill all fiduciary obligations to settle and render a full accounting of the Trust's assets, liabilities, receipts, disbursements and any related transactions, as required by law and equity, and as demanded in my Bill of Complaint in Equity.

7. I assert my rights of subrogation, insofar as they may apply, and reserve all rights, remedies, claims and defenses available to me at law or in equity.

8. I request that the Clerk of Court enter this affidavit into the record and that the Court take such notices and orders as may be necessary to protect and enforce the equitable interests asserted herein.

9. I make this affidavit to provide formal notice and to preserve my claims and rights and not for any improper purpose.

Executed on this _4_ day of _May_ , 20 at [city], [state]. _04 Colorado_

Signature: _Michelle Lee_

Michelle D, Lee

Printed Name: MICHELLE DEON LEE

Sworn to and subscribed before me this _9th_ day of _March_ , 20.26

Notary Public: _Karina Garcia_

My commission expires: _December 12th 2026_

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

11



I, Michelle D. Lee , declare as follows:

1. I am an adult and competent to make this Declaration.
2. I am the Administrator of the MICHELLE DEON LEE dated . I accept and acknowledge my appointment as Administrator of the Trust and confirm that this Declaration is given to establish my authority in that capacity.
3. My appointment as Administrator is under authority of: God's Law and the Constitution.

4. I request that third parties (banks, title companies, escrow agents, insurers, contractors, accountants, and attorneys) accept this Declaration as proof of my authority to act on behalf of the Trust for administrative matters, including but not limited to accessing Trust account information, signing receipts for delivery of documents, arranging for repairs or maintenance, and communicating about Trust assets. If a third party requires additional documentation,
5. This Declaration is made for the purpose of documenting my role and authority as Administrator of the Trust and to give notice to interested parties of my capacity to act in that role.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on [Date] at [City, State].

Full Name, Administrator

Notary Acknowledgment

State of _Colorado_

County of _Adams_

On this _3_ day of _April_, 20__ before me, _Matthew Ebbs-Biro_ (Name of Notary Public), personally appeared [Your Full Name], who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person executed the instrument.

Notary Public Signature _Matthew Ebbs-Biro_

(Seal)

My commission expires: _01/06/2030_

MATTHEW EBBS-BIRO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20264000057
MY COMMISSION EXPIRES JANUARY 06, 2030

Notice of Capacity, Beneficial Ownership,Administrator of Estate for MICHELLE DEON LEE and Demand for Proof of Authority

To: Trustee: Denver

Re: Property located at

16480 Fairway dr. Commerce City Coo. 80022

5031 N.Quemoy  Aurora Co. 80019

4328 Andes way Denver  Co. 80022

25572 5th pl Aurora Co. 80018

15430 Fairway dr. Commerce City 80022

This Notice is given by me, Michelle D. Lee  as the recorded owner and beneficiary with beneficial sovereign interest in the above-referenced property and trust/estate. Per chain of title I am the owner beneficiary.You are an inter meddler  trust De Son tort  please prove your authority to regulate it.

I give notice of the following facts and demands:

1. Capacity and Beneficial Ownership,Administrator
- I am the beneficial owner and beneficiary of the property per the chain of title and recorded public records, Gods Law , the constitution , including on Federal  record un-contested Public record  in the dismissed  Bankruptcy Case No. [24-16918__.(Oath of Coronation act  1688) silence in the face of theft  the Monarch has failed the oath I have complete notice of my capacity and interest.

I am no longer the surety for the estate as it is in conflict with God's Law and the constitution.

I, MICHELLE DEON LEE  hereby declare that I am no longer acting as surety for the State of COLORADO  in connection with  all properties listed in Adams county county under MICHELLE DEON LEE I relinquish any duties, responsibilities, and authority associated with that suretyship effective as of 3/23/26.  _Mu MlBrka 4-3-26_

I will cooperate with the State,  and any relevant parties to effectuate the release of surety, including providing any required documents.

Notary Acknowledgment

State of _Colorado_

County of _Adams_

On this _3_ day of _April_____, 20_26_, before me, _Matthew Ebbs-Biro_

(Name.

Notary Public Signature  My commission expires: _01/06/2030_

_Matthew Ebbs-Biro_

MATTHEW EBBS-BIRO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20264000057
MY COMMISSION EXPIRES JANUARY 06, 2030

# Affidavit of Familiarity with Birth Certificate

I, Michelle Deon Lee, being duly sworn, depose and say:

1. I am over the age of 18 years and competent to make this affidavit.
2. My residential address is 16480 Fairway Dr., Commerce City, CO 80022.
3. I am the person named in the birth certificate for Michelle Deon Lee, born on November 30, 1970.
4. I have reviewed the original birth certificate for Michelle Deon Lee dated November 30, 1970, and I recognize the document as the authentic birth record for me.
5. To the best of my knowledge, the information on the birth certificate, including my name and date of birth November 30, 1970, is true and correct.
6. I make this affidavit for the purpose of confirming my identity and the authenticity of the said birth certificate and for any other lawful purpose it may serve.

Subscribed and sworn to before me this ___7___ day of _March_, 2026

Signature: _Michelle Lee_

MichelleDeon. Lee

Printed name: Michelle Deon . Lee

Address: 16480 Fairway Dr.

City/State/ZIP: Commerce City, CO 80022

Notary Public

State of _Colorado_

County of _Adams_

Notary printed name: _Karina Garcia_

My commission expires: _December 12th, 2026_

(Seal)

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:             )

                  )

                  )    Case No. 24-16918 KHT

Michelle Deon Lee    *****0459    )    Chapter 7

                  )

## TRUSTEE'S MOTION TO ABANDON REAL PROPERTY OF THE ESTATE

Tom Connolly, Chapter 7 Trustee, requests an Order, pursuant to Fed.R.Bankr.P. 6007, abandoning real property of the estate listed below. In support hereof, I state as follows:

1. Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code on November 20, 2024. The case was converted to chapter 7 on February 28, 2025. Shortly thereafter, I was appointed trustee.

2. Property of the bankruptcy estate includes the following investment properties (the Properties"):

    1) real property located at 5031 N. Quemoy Ct., Aurora, CO 80019;
    2) real property located at 4328 Andes Way Denver CO 80249;
    3) real property located at 25572 E 5th Place Aurora CO 80018; and
    4) real property located at 15430 Fairway Dr., Commerce City, CO 80022.

3. I am informed that the Properties are encumbered by purchase-money mortgages that are in default. The Properties are also subject to significant unavoidable judgment liens. The secured lenders have been granted relief from stay and the Properties are currently in foreclosure.

4. None of the Properties generate revenue.

5. The estate has no funds with which to insure or secure the Properties.

6. Accordingly, the Properties are burdensome and inconsequential value or benefit to the estate.



WHEREFORE, I respectfully request an Order granting my Motion to Abandon Real Property of the Estate and for such other and further relief as the Court deems just and proper.

Date: January 6, 2026.

/s/ Tom H. Connolly
Tom H. Connolly, Chapter 7 Trustee
PO Box 68
Lafayette, Colorado 80026
303-661-9292 ph
tom@connollytrustee.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 6, 2026, true and correct copies of the documents entitled **TRUSTEE'S MOTION TO ABANDON REAL PROPERTY OF THE ESTATE**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022
Leedreamgoddes@gmail.com

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Attorney Amanda K. Ashley via CM/ECF
Attorney Alison L. Berry via CM/ECF
Attorney Andrea Lynn Betts-Whalen via CM/ECF
Attorney Douglas W. Brown via CM/ECF
Attorney Robert Gregory Busch via CM/ECF
Attorney Aricyn Jaine Dall via CM/ECF
Attorney Heather Deere via CM/ECF
Attorney David W. Drake via CM/ECF
Attorney Abbey Ulsh Dreher via CM/ECF

Attorney Jeffrey Fleming via CM/ECF
Attorney Ciro A. Mestres via CM/ECF
Attorney Jeffrey B. Smith via CM/ECF
Attorney Rachael Swernofsky via CM/ECF
Attorney N. April Winecki via CM/ECF
United States Trustee via CM/ECF

/s/ Christy Bevel
Christy Bevel, Legal Assistant

2

3

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE,

Bankruptcy Case No. 24-16918 KHT

Chapter 7

Debtor(s).

# ORDER GRANTING MOTION TO DISMISS

THIS MATTER comes before the Court on the Debtor's Motion to Dismiss Case (Docket #362, the "Motion") filed by the Debtor on January 22, 2026. The Court, being otherwise advised in the premises, and noting the absence of any objection thereto hereby

ORDERS that the Motion is GRANTED and this case is DISMISSED. The Court

FURTHER ORDERS that the Clerk of the Court shall give notice of the dismissal of this case pursuant to and in accordance with Fed. R. Bankr. P. 2002(f) to all creditors and parties in interest using such addresses as are available in the record.

DATED this 24th day of February, 2026.

BY THE COURT:

_Kimberley H. Th_ ____

Kimberley H. Tyson
United States Bankruptcy Judge

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

MICHELLE DEON LEE
16480 FAIRWAY DRIVE
COMMERCE CITY CO 80022-5202

# YOUR SOCIAL SECURITY CARD

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
Do not laminate.



CERTIFICATION OF VITAL RECORD

# City of Houston, Texas

CERTIFICATE OF BIRTH    BIRTH NO.

STATE OF TEXAS
1. PLACE OF BIRTH
a. COUNTY    **Harris**
b. CITY OR TOWN [If outside city limits, give precinct no.]    **Houston**
c. NAME OF HOSPITAL OR INSTITUTION [If not in hospital, give street address]    **Jefferson Davis Hospital**
d. IS PLACE OF BIRTH INSIDE CITY LIMITS?    YES ☒    NO ☐

2. USUAL RESIDENCE OF MOTHER [Where does mother live?]
a. STATE    **Texas**    b. COUNTY    **Harris**
c. CITY OR TOWN [If outside city limits, give precinct no.]    **Houston**
d. STREET ADDRESS [If rural, give location]    **719 East 5 1/2**
e. IS RESIDENCE INSIDE CITY LIMITS?    YES ☒    NO ☐
f. IS RESIDENCE ON A FARM?    YES ☐    NO ☒

CHILD
3. NAME [Type or print]    [a] First **Michelle**    [b] Middle **Deon**    [c] Last **Lee**
4. DATE OF BIRTH
5. SEX    **Female**    6a. THIS BIRTH    SINGLE ☒    TWIN ☐    TRIPLET ☐    6b. IF TWIN OR TRIPLET, WAS CHILD BORN    1st ☐    2nd ☐    3rd ☐
6. COLOR OR RACE

FATHER
7. NAME    [a] First    [b] Middle    [c] Last
8. AGE [At time of this birth]    YEARS    10. BIRTHPLACE [State or foreign country]    11a. USUAL OCCUPATION    11b. KIND OF BUSINESS OR INDUSTRY    12. COLOR OR RACE    **Negro**

MOTHER
13. MAIDEN NAME    [a] First **Ida**    [b] Middle **Marie**    [c] Last **Lee**
14. AGE [At time of this birth]    **19**    YEARS    15. BIRTHPLACE [State or foreign country]    **Texas**
16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER [Do NOT include this child]
a. How many OTHER children are now living?    **0**    b. How many OTHER children were born alive but are now dead?    **0**    c. How many children were born dead [fetal deaths after 20 weeks pregnancy]?    **0**

17. INFORMANT    *Ida Marie Lee*

18. I hereby certify that this child was born alive on the date stated above.
19a. ATTENDANT'S SIGNATURE    *S. Ellison*
19b. ATTENDANT'S ADDRESS    **Houston, Texas**    *Jefferson Davis Hospital*
19. ATTENDANT AT BIRTH    M.D. ☒    D.O. ☐    MIDWIFE ☐    OTHER ☐
19c. DATE SIGNED    **11-30-70**

at **9:42 A.M.**

20a. REGISTRAR'S FILE NO.    **30482**    20b. DATE REC'D BY LOCAL REGISTRAR    **DEC. 9, 1970**    20c. REGISTRAR'S SIGNATURE

---

4026135

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS    ) ss
COUNTY OF HARRIS    )

DATE ISSUED    AUG 0 7 2001

*R. W. Hanks*
R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar. LAMINATION MAY VOID CERTIFICATE.


ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE